**EP PRODUCTIONS, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5054.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2006.

Before MICHEL, Chief Judge,
BRYSON and DYK, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.